**Larry ENGLAND d/b/a Backyard Environments By Eden Pools a/k/a Eden Pools & Spas, Appellant**

v.

**A & M TILE & PLASTERING, INC., Appellee.**

No. 05–04–00056–CV.

Court of Appeals of Texas, Dallas.

March 22, 2004.

John Howell House, Burt Barr & Associates, L.L.P., Dallas, for Appellant.

Kenneth M. Stillman, Stillman & Bennett, P.C., Dallas, for Appellee.

Before Justices JAMES, WRIGHT, and BRIDGES.

## OPINION NUNC PRO TUNC

PER CURIAM.

Before the Court is appellant's March 12, 2004 "motion to dismiss the appeal." Stating appellant no longer desires to pursue this appeal, appellant asks the Court to grant his voluntary dismissal. Appellant's motion is **GRANTED,** and this appeal is **DISMISSED.** *See* Tex.R.App. P. 42.1(a).